To the Clerk of the court...

I need to know how much will it cost to get a copy of the following documentation...

Sylvester Purham's sentencing Transcripts (Case No. 3:12-cr-30019)
Sylvester Purham's 2255 Motion          17-3240
Sylvester Purham's Memorandum of Law in support of movant's

Can you please send me the price so I can send a check for the above documentations...

Thank you for your Time

Sincerely...

Sylvester Purham

**FILED**
NOV 29 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Inmate Name: Sylvester Pritchard
Register Number: 17863-026
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

NOV 18 2017

(Legal Mail)

HARRISBURG PA 171

Central District of Illinois
Office of the Clerk
United States District Court
151 U.S Courthouse
600 East Monroe St.
Springfield, IL 62701

U.S. PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837
DATE NOV 18 2017

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

