UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYLVESTER PURHAM,<br><br>Defendant. | No. 12-cr-30019-SEM-TSH |

## **CIRCUIT RULE 3(C) DOCKETING STATEMENT**

Defendant SYLVESTER PURHAM, by his attorney Assistant Federal Public Defender Rosana E. Brown, submits the following docketing statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois was originally founded upon Title 18 U.S.C. § 3231.

2. The district court had jurisdiction to consider a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).

3. The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and is based on the following particulars:

i. The district court denied Mr. Purham's motion for compassionate release in a written order dated February 23, 2022.

ii. No motion for a new trial was filed.

iii. Disposition of motion for a new trial and date of entry: n/a.

iv. The district court granted a *pro se* Motion by the defendant to extend the deadline for filing a Notice of Appeal on March 24, 2022.

v. The Notice of Appeal was filed in the District Court on April 5, 2022, which is prior to the April 8, 2022 deadline given by court order.

                                          Respectfully submitted,

April 5, 2022                  SYLVESTER PURHAM, Defendant,

                                          THOMAS PATTON, Federal Public Defender

                                          s/ Rosana E. Brown
Rosana E. Brown
Office of the Federal Public Defender
600 E. Adams St., Third Floor
Springfield, IL 62701
Telephone:    217-492-5070
Facsimile:    217-492-5077
E-mail:    rosie_brown@fd.org

## CERTIFICATE OF SERVICE

I certify that on April 5, 2022, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Rosana E. Brown